UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:
    LAURA D. GERHARDT

        Debtor

Chapter 7
Case Number: 14-43692-pjs
Hon. Phillip J. Shefferly

_____/

James Shaw,
        Plaintiff,
v.
Laura D. Gerhardt,
        Defendant.

Adversary No. 14-04594-pjs

_____/

## STIPULATED ORDER REGARDING SANCTIONS MOTION

Whereas Goldstein Bershad & Fried, PC, ("GBF") filed a Motion for Sanctions against James R. Shaw in the above captioned matter, and whereas GBF and Shaw have settled the matter pursuant to the terms of an Agreement signed at the offices of Mediator Richardo Kilpatrick, Now therefore, it is hereby ordered at follows:

1. Judgment is hereby entered in favor of Goldstein Bershad & Fried, PC, and against James R. Shaw for sanctions in the amount of $20,000, which will be satisfied if $10,000 is paid as follows:

    a. $5,000 is paid not later than July 8, 2016, and

    b. $5,000 within 6 months thereafter.

2. Goldstein Bershad & Fried, PC, shall refrain for all collection activity if Shaw makes timely payments as called for above.

.

Signed on July 24, 2015

                                             /s/ Phillip J. Shefferly
                                              Phillip J. Shefferly
                                              United States Bankruptcy Judge